UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-20977-CIV-MOORE/MCALILEY

LUISA FERNANDA VELASQUEZ,

Petitioner,

v.

MARC J. MOORE, Director Miami Field Office, Immigration and Customs Enforcement, Enforcement and Removal Operations, *et al.*

Respondents.
_______________________________/

**ORDER TO SHOW CAUSE**

Pending before the Court is Luisa Fernanda Velasquez's Verified Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [DE 1], which the Honorable K. Michael Moore referred to me. [DE 5]. It appears from the record that Respondents have not yet been served. In the interests of achieving a just and speedy resolution, the Court **ORDERS** as follows:

1. Respondents shall file a memorandum of fact and law to show cause why the Verified Petition should not be granted **within 20 days** from the date of service. Given the nature of these proceedings, Respondents are cautioned that further extensions of time are unlikely absent compelling reasons.

2. Respondents should refrain from labeling their response as a motion to dismiss given that 28 U.S.C. § 2243 refers to a "return."

3. Respondents should attach to their response any documents or transcripts necessary for resolution of the Verified Petition, and shall deliver a spiral bound and tabbed hard copy to the undersigned's chambers.

4. Petitioner shall promptly serve a copy of this Order on Respondents and thereafter file proof of service.

DONE and ORDERED in chambers in Miami, Florida, this 17th day of March, 2017.

CHRIS McALILEY
UNITED STATES MAGISTRATE JUDGE

Copies to:
The Honorable K. Michael Moore
All counsel of record